**862 AETNA LIVE STOCK INS. CO. vs. CIRCUIT JUDGE (Wayne), 20 M., 220.**

To compel vacation of order granting a new trial.

Denied April 20, 1870.

A motion for a new trial was made and opposed because (1) leave to make the motion had not been granted; (2) that the motion was not made within the time allowed by the rules and practice of the court; and (3) a bill of exceptions had been settled and signed and a writ of error issued and served, whereupon a motion for leave was made and granted, and by consent the argument was had at once and the new trial granted on condition that the writ of error be dismissed.

Held, that the matter was one of discretion and not open to review.

**863 HESTER ET AL. vs. RECORDERS' COURT JUDGE (Detroit), No. 11723½, 84 M., 562.**

To compel respondent to set aside a verdict in condemnation proceedings, where one of the jurors had sat upon a former trial, in which the jury had disagreed and were discharged, and upon the preliminary examination as to his qualifications, had denied having formed or expressed an opinion as to the necessity of taking the land for public use, and relators had not discovered the fact that the juror had sat upon the former trial until after the verdict, which the court was asked to set aside.

Granted February 12, 1890.